

RECEIVED APR 29 2008 CHAMBERS OF WILLIAM H. PAULEY J.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

HILLARY A. FROMMER
*Senior Counsel*
Phone: (212) 788-0823
Fax: (212) 788-9776
hfrommer@law.nyc.gov

April 28, 2008

**VIA HAND DELIVERY**
The Honorable William H. Pauley, III
Untied States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Almonte v. The City of New York et al.
08 Civ. 2759 (WHP) (HP)

Dear Judge Pauley:

I am the Senior Counsel with the Office of the Corporation Counsel assigned to the defense in the above-referenced matter and with plaintiff's consent, I write to respectfully request a brief adjournment of the initial conference scheduled for June 27, 2008 at 10:30 a.m. I will be out New York State and unavailable to attend the conference on that date. As counsel of record, I am the attorney familiar with the facts of this matter. Therefore, the initial conference will be more productive for the Court and the parties if I attend and participate rather than another attorney from my office who is not familiar with this matter. There have been no previous requests for an adjournment of the initial conference.

Thank you for your consideration in this matter.

Respectfully submitted,

Hillary A. Frommer (HF 9286)
Senior Counsel

*Application Granted. The initial pre-trial conference is adjourned to July 18, 2008 at 12:00 p.m.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/1/08

cc:    Steven Hoffner  (via facsimile)