UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LEE ALMONTE,

                        Plaintiff,

         -against-

THE CITY OF NEW YORK & N.Y.C. POLICE OFFICER
EMMANUEL DELACRUZ, SHIELD # 15061,
DETECTIVE CARRASQUILLO, SHIELD # 1411, AND
N.Y.C. POLICE OFFICER "JOHN DOE", EACH SUED
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITY,

                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ. 2759 (WHP)

      **PLEASE TAKE NOTICE** that Benjamin E. Stockman, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, Police Officer Emmanuel Delacruz, and Detective Sam Carrasquillo, having replaced Senior Counsel Hillary Frommer, effective August 11, 2008.

Dated: New York, New York
       August 11, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel
                                    of the City of New York
                                    Attorney for Defendants City of New York,
                                    Delacruz, and Carrasquillo
                                    100 Church Street, Room 3-155
                                    New York, New York 10007
                                    (212) 788-1177

                                    By:   /s_____
                                          Benjamin E. Stockman
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

To:    Steven Hoffner, Esq., Attorney for plaintiff (via E.C.F. and Hand)

Index No. 08 CV 2729

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEE ALMONTE,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

                             Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
   *Attorney for Defendants City of New York,*
   *Delacruz, and Carrasquillo*
   *100 Church Street, Room 3-155*
   *New York, New York  10007*

   *Of Counsel:  Benjamin E. Stockman*
   *Tel:  (212) 788-1177*
   *NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y........................................................................................ , 200...*

*............................................................................................................... Esq.*

*Attorney for..............................................................................................*