UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LEE ALMONTE                             :

                Plaintiff,        :        08 Civ. 2759 (WHP)

      -against-                         :        <u>SCHEDULING ORDER NO. 1</u>

THE CITY OF NEW YORK et. al.,           :

                Defendants.       :
----------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on August 11, 2008, the following schedule is established on consent:

1. All discovery shall be complete by December 31, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by January 30, 2009; and

3. The Court will hold a final pre-trial conference on February 6, 2009 at 10:00 a.m.

Dated:  August 21, 2008
        New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Steven Alan Hoffner, Esq.
350 Broadway, Suite 1105
New York, NY 10013
*Counsel for Plaintiff*

Ben Stockman
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*